# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) Case No. **EP-26-M-926-RFC** |
| | ) |
| Roberto Antonio Zavala, | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Roberto Antonio Zavala,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 & 841 - Conspiracy to Possess with Intent to Distribute

Date: 02/24/2026

*Issuing officer's signature*

City and state: El Paso, Texas

U.S. Magistrate Judge Robert F. Castaneda
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/24/26, and the person was arrested on *(date)* 2/25/26
at *(city and state)* Murfreesboro, TN.

Date: 2/26/26

*Arresting officer's signature*

J. De la Cruz SA DEA
*Printed name and title*